

## United States District Court
## Eastern District of California

| | |
|---|---|
| SITHAJ KODIYAMPLAKKIL | Case Number: 2:22-cv-00008-TLN-AC |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| CAROLYN JOSE MULLONKAL | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Greg McLawsen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff SITHAJ KODIYAMPLAKKIL

On 11/13/2009 (date), I was admitted to practice and presently in good standing in the Washington State Supreme (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/17/2022          Signature of Applicant: /s/ Greg McLawsen

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Greg McLawsen |
| Law Firm Name: | Sound Immigration |
| Address: | 113 Cherry St. ECM# 45921 |
| City: | Seattle  State: WA  Zip: 98104-2205 |
| Phone Number w/Area Code: | (855) 809-5115 |
| City and State of Residence: | Bellevue, WA |
| Primary E-mail Address: | greg@soundimmigration.com |
| Secondary E-mail Address: | support@soundimmigration.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Patrick Kolasinski |
| Law Firm Name: | The Law Offices of Patrick Kolasinski |
| Address: | 1120 14th St #4 |
| City: | Modesto  State: CA  Zip: 95354 |
| Phone Number w/Area Code: | (209) 408-0104 |
| Bar #: | 262363 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 23, 2022

_____
JUDGE, U.S. DISTRICT COURT